the compromise and settlement of a personal injury claim and a suit against an attorney offering the compromise. None of the counts of appellant's complaint contain the essential allegations. Therefore, the order sustaining appellees' motion to dismiss was correct. Having so concluded, we need not decide whether there was a contract of compromise and settlement and whether the subject of appellant's suit was *res judicata*. The judgment is affirmed.

Judgment affirmed.

SCHWARTZ and GOLDBERG, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES ROGERS, Defendant-Appellant.

(No. 57327;

First District—October 30, 1972.

Opinion by Mr. JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.